AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| TRAVIS TATOM<br>Plaintiff | )<br>)<br>) Civil Action No. 5:22–CV–01615–EEF–MLH<br>) Judge Elizabeth E Foote |
| v. | |
| JULIAN C WHITTINGTON, et al.<br>Defendant | )<br>) |

**SUMMONS IN A CIVIL ACTION**

To:
**Travis Buckmaster**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Caroline Leigh Gabriel**
> **Most & Assoc**
> **201 St Charles Ave Ste 114 #101**
> **New Orleans, LA 70170**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __6/13/2022__    /s/ – Tony R. Moore

5:22–CV–01615–EEF–MLH
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Travis Buckmaster** was received by me on *(date)*_____.

- I personally served the summons on **Travis Buckmaster** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                          *Server's signature*

                                                  _____
                                                     *Printed name and title*

                                                  _____
                                                        *Server's address*


Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| <u>TRAVIS TATOM</u><br>Plaintiff<br>v.<br><u>JULIAN C WHITTINGTON , et al.</u><br>Defendant | )<br>)<br>) Civil Action No. 5:22–CV–01615–EEF–MLH<br>) Judge Elizabeth E Foote<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To:
**Russell Darnell**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Caroline Leigh Gabriel**
> **Most & Assoc**
> **201 St Charles Ave Ste 114 #101**
> **New Orleans, LA 70170**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __6/13/2022__              __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

5:22–CV–01615–EEF–MLH
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Russell Darnell** was received by me on *(date)*_____.

- I personally served the summons on **Russell Darnell** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                    *Server's signature*

                                    _____
                                    *Printed name and title*

                                    _____
                                    *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| TRAVIS TATOM<br>Plaintiff | )<br>) |
| v. | ) Civil Action No. 5:22–CV–01615–EEF–MLH<br>) Judge Elizabeth E Foote |
| JULIAN C WHITTINGTON, et al.<br>Defendant | )<br>) |

**SUMMONS IN A CIVIL ACTION**

To:
**Joel Freeman**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Caroline Leigh Gabriel**
> **Most & Assoc**
> **201 St Charles Ave Ste 114 #101**
> **New Orleans, LA 70170**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __6/13/2022__    __/s/ – Tony R. Moore__

5:22–CV–01615–EEF–MLH
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Joel Freeman** was received by me on *(date)*_____.

- I personally served the summons on **Joel Freeman** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                        *Server's signature*

                                                      _____
                                                        *Printed name and title*

                                                      _____
                                                        *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| <u>TRAVIS TATOM</u><br>Plaintiff<br>v.<br><u>JULIAN C WHITTINGTON , et al.</u><br>Defendant | )<br>)<br>) Civil Action No. 5:22–CV–01615–EEF–MLH<br>) Judge Elizabeth E Foote<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To:
**Matthew Peace**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Caroline Leigh Gabriel**
        **Most & Assoc**
        **201 St Charles Ave Ste 114 #101**
        **New Orleans, LA 70170**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __6/13/2022__          __/s/ – Tony R. Moore__

5:22–CV–01615–EEF–MLH
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Matthew Peace** was received by me on *(date)*_____.

- I personally served the summons on **Matthew Peace** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                  *Server's signature*

                                          _____
                                                 *Printed name and title*

                                          _____
                                                   *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| <u>TRAVIS TATOM</u><br>Plaintiff | )<br>) |
| v. | ) Civil Action No. 5:22–CV–01615–EEF–MLH<br>) Judge Elizabeth E Foote |
| <u>JULIAN C WHITTINGTON , et al.</u><br>Defendant | )<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**Aaron Pons**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Caroline Leigh Gabriel**
        **Most & Assoc**
        **201 St Charles Ave Ste 114 #101**
        **New Orleans, LA 70170**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  6/13/2022                             /s/ – Tony R. Moore

5:22–CV–01615–EEF–MLH
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Aaron Pons** was received by me on *(date)*_____.

- I personally served the summons on **Aaron Pons** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                           *Server's signature*

                                                _____
                                                           *Printed name and title*

                                                _____
                                                           *Server's address*


Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| TRAVIS TATOM <br> Plaintiff <br> v. <br> JULIAN C WHITTINGTON, et al. <br> Defendant | ) <br> ) <br> ) Civil Action No. 5:22–CV–01615–EEF–MLH <br> ) Judge Elizabeth E Foote <br> ) <br> ) |

**SUMMONS IN A CIVIL ACTION**

To:
**Christopher Pulliman**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Caroline Leigh Gabriel**
> **Most & Assoc**
> **201 St Charles Ave Ste 114 #101**
> **New Orleans, LA 70170**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __6/13/2022__             __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

5:22–CV–01615–EEF–MLH

# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Christopher Pulliman** was received by me on *(date)*_____.

- I personally served the summons on **Christopher Pulliman** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| TRAVIS TATOM | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 5:22–CV–01615–EEF–MLH |
| | ) Judge Elizabeth E Foote |
| JULIAN C WHITTINGTON, et al. | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**Julian C Whittington**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Caroline Leigh Gabriel**
> **Most & Assoc**
> **201 St Charles Ave Ste 114 #101**
> **New Orleans, LA 70170**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __6/13/2022__     __/s/ – Tony R. Moore__

5:22–CV–01615–EEF–MLH
### PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Julian C Whittington** was received by me on *(date)*_____.

- I personally served the summons on **Julian C Whittington** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                                *Server's signature*

                                   _____
                                                                *Printed name and title*

                                   _____
                                                                *Server's address*


Additional information regarding attemped service, etc: