UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TRAVIS TATOM | CIVIL ACTION NO.: 5:22-CV-1615 |
| VERSUS | |
| JULIAN C. WHITTINGTON, TRAVIS BUCKMASTER, MATTHEW PEACE, JOEL FREEMAN, AARON PONS, CHRISTOPHER PULLIMAN, RUSSELL DARNELL, and XYZ INSURANCE COMPANIES | JUDGE ELIZABETH E. FOOTE<br><br>MAGISTRATE JUDGE HORNSBY |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER TO COMPLAINT

Defendant, Travis Buckmaster, hereby move the Court for leave to file an Answer to the plaintiff's Complaint (Doc. 1). The deadline for filing the Answer was September 6, 2022 and that deadline has passed. Counsel for defendant shows that he was recently retained to represent the defendant and wishes to file an Answer on his behalf. Plaintiff's counsel has informed Defendant's counsel that the plaintiff's do not oppose this motion.

WHEREFORE, Defendants respectfully request that the Court grant them leave to file an Answer to the plaintiff's Complaint.

Respectfully submitted,

HUDSON, POTTS & BERNSTEIN, L.L.P.
P.O. Drawer 3008
Monroe, Louisiana 71210-3008
(318) 388-4400
jpchris@hpblaw.com

BY: _____/s/ *J.P. Christiansen*_____
Jan P. Christiansen, Bar Roll No. 20142
Attorney for Travis Buckmaster

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been delivered to all counsel of record via email and by placing same in the United States Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Caroline Gabriel<br>MOST & ASSOCIATES<br>201 St. Charles Ave., Suite 114, #101<br>New Orleans, Louisiana 70170<br>caroline.gabriel.ma@gmail.com | Counsel for Travis Tatom |
| Glenn Langley<br>Langley & Parks, LLC<br>401 Market Street, Suite 1100<br>Shreveport, Louisiana 71101<br>glangley@langleyparks.com | Counsel for Defendants |

    Monroe, Louisiana, this 7th day of October 2022.

                                                    /s/ *J.P. Christiansen*
                                                     OF COUNSEL